

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 28, 2023

**VIA ECF**



Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Mecea v. Newsweek Digital LLC,* 1:23-cv-5734 (KPF)

Dear Judge Failla:

We represent Plaintiff Robert Mecea in the above-captioned case and write to respectfully request a 30-day extension of time to file dismissal papers or otherwise re-open the case.

(1) the original deadline is December 31, 2023 [Dkt. No. 24] and the proposed new deadline is January 30, 2024.

(2) there have been no previous requests for an extension of this deadline.

(3) No previous requests have been granted or denied

(4) the parties respectfully request an extension in an effort to consummate their settlement agreement without judicial intervention.

(5) Counsel for Defendant consents to the request.

(6) No other scheduled dates will be impacted by this request.

Respectfully Submitted,

s/ *James H Freeman* /
James H. Freeman

*Counsel for Plaintiff*

Application GRANTED.  The parties shall file their dismissal papers or otherwise move to re-open this case on or before **January 30, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 25.

Dated:     December 28, 2023          SO ORDERED.
           New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE